RANSOM FRALICK, as President of the PROGRESSIVE SPIRITUAL-ISTS' ASSOCIATION OF WAVERLY, N. Y., Appellant, *v.* FRED E. LYFORD et al., as Executors of JAMES R. PARK, Deceased, Respondents.

*Fralick* v. *Lyford*, 107 App. Div. 543, affirmed.
(Argued December 19, 1906; decided January 8, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 24, 1905, reversing a judgment in favor of plaintiff entered upon the decision of the court at a Trial Term without a jury and granting a new trial in an action to recover an

amount claimed as a legacy under the will of James R. Park, deceased.

*Louis L. Waters* for appellant.

*Frederick Collin* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Not sitting: CHASE, J.